AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| DANILO MERA, on behalf of himself, FLSA Collective Plaintiffs, and the Class,<br><br>*Plaintiff(s)*<br>v.<br>KYMA HUDSON LLC, KYMA NYC LLC, OLD NORTHERN BOULEVARD RESTAURANT LLC, 217 W85 LLC, MERKOURIOS ANGELIADES, and STEVE TENEDIOS,<br>*Defendant(s)* | Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
C.K. Lee, Esq.,  
Lee Litigation Group, PLLC  
148 West 24th Street, Eighth Floor,  
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/20/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# SUMMONS RIDER

DEFENDANT(S) ADDRESS(ES)

- KYMA HUDSON LLC
  315 Madison Avenue, 15th Floor
  New York, NY 10017
- KYMA NYC LLC
  315 15 West 18th Street
  New York, NY 10011
- OLD NORTHERN BOULEVARD RESTAURANT LLC
  1446 Old Northern Blvd
  Roslyn, NY 11576
- 217 W85 LLC
  5-44 47th Ave, Third Floor
  Long Island City, NY 11101
- MERKOURIOS ANGELIADES
  c/o KYMA HUDSON LLC
  315 Madison Avenue, 15th Floor
  New York, NY 10017
- STEVE TENEDIOS
  c/o KYMA HUDSON LLC
  315 Madison Avenue, 15th Floor
  New York, NY 10017