UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANILO MERA, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*

                              Plaintiff,

-against-

KYMA HUDSON LLC,
    d/b/a KYMA,
KYMA NYC LLC,
    d/b/a KYMA,
OLD NORTHERN BOULEVARD RESTAURANT LLC,
    d/b/a KYMA,
217 W85 LLC,
    d/b/a ELEA,
MERKOURIOS ANGELIADES, and
STEVE TENEDIOS,

                              Defendants

Case No.: 1:22-cv-04114

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff DANILO MERA are hereby dismissed, without prejudice, in their entirety as against Defendants KYMA HUDSON LLC, d/b/a KYMA, KYMA NYC LLC, d/b/a KYMA, OLD NORTHERN BOULEVARD RESTAURANT LLC, d/b/a KYMA, 217 W85 LLC, d/b/a ELEA, MERKOURIOS ANGELIADES, and STEVE TENEDIOS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

For the avoidance of doubt, there has been no settlement among the parties and Plaintiff intends to pursue his claims through the parties' arbitration agreements.

Dated: June 16, 2022
      New York, New York

By: */s/ C.K. Lee*
    C.K. Lee, Esq.

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs, and the Class*